# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bostwick, Janet E. | U.S. Bankruptcy Court, Massachusetts | 07/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination   Date <br> ☑ Initial   ☐ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 <br> **to** <br> 06/30/2020 |

**7. Chambers or Office Address**

J.W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Director, Officer, Employee | Janet E. Bostwick, PC |
| 2. | Director, Chair- Pro Bono Committee | Amercan College of Bankruptcy Foundation |
| 3. | Co-Chair, Small Business Subcommittee of Business Bankruptcy Commitee | American Bar Association |
| 4. | Secretary, Mary Kennedy Brown Society | Mary Kennedy Brown Society, alumni association of Cornell Law School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bostwick, Janet E. | 07/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Janet E. Bostwick PC income | $107,611.00 |
| 2. | 2018 | Janet E Bostwick PC income | $212,103.00 |
| 3. | 2019 | Janet E Bostwick PC income | $80,369.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bostwick, Janet E. | 07/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citizens Bank, N. A. Cash Accounts | A | Interest | M | T | Exempt | | | | |
| 2. First Republic Bank Cash Accounts | A | Interest | K | T | Exempt | | | | |
| 3. Brokerage Account (H) | | | | | Exempt | | | | |
| 4. -Wells Fargo Bank Cash Account | A | Interest | K | T | Exempt | | | | |
| 5. -Calamos Growth Fund | | None | J | T | Exempt | | | | |
| 6. -American Funds Capital World Growth & Income Fund | B | Dividend | K | T | Exempt | | | | |
| 7. - Gabelli Small Cap Growth Fund | A | Dividend | K | T | Exempt | | | | |
| 8. - Bank of America Corporate Bond | A | Interest | | | Exempt | | | | |
| 9. - Royal Bank of Scotland Corporate Bond | A | Interest | | | Exempt | | | | |
| 10. -Safra National Bank Cash Account | A | Interest | | | Exempt | | | | |
| 11. IRA Account #1 (H) | | | | | | | | | |
| 12. -Fidelity 500 Index Fund | A | Dividend | L | T | Exempt | | | | |
| 13. - The Hartford MidCap Fund | | None | K | T | Exempt | | | | |
| 14. -Invesco Oppenheimer Developing Markets Fund | A | Dividend | K | T | Exempt | | | | |
| 15. - MFS Value Fund | B | Dividend | L | T | Exempt | | | | |
| 16. -Meridian Small Cap Growth Fund | | None | K | T | Exempt | | | | |
| 17. -Metropolitan West Total Return Bond Fund | A | Dividend | L | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -MainStay Winslow Large Cap Growth Fund | | None | L | T | Exempt | | | | |
| 19.   -American Funds EuroPacific Growth Fund | A | Dividend | L | T | Exempt | | | | |
| 20.   -PIMCO Emerging Markets Bond Fund | B | Dividend | K | T | Exempt | | | | |
| 21.   -Principal High Yield Fund | B | Dividend | K | T | Exempt | | | | |
| 22.   -Undiscovered Managers Behaviorial Value Fund | A | Dividend | K | T | Exempt | | | | |
| 23.   -Virtus Vontobel Emerging Markets Opportunities Fund | A | Dividend | K | T | Exempt | | | | |
| 24.   -Wells Fargo Special Mid Cap Value Fund | A | Dividend | K | T | Exempt | | | | |
| 25.   - DWS Enanced Commodity Strategy Fund | A | Dividend | | | Exempt | | | | |
| 26.   -Blackrock Core Bond Portfolio Fund | A | Dividend | | | Exempt | | | | |
| 27.   -GothamAbsolute Return Fund | | None | | | Exempt | | | | |
| 28.   -EatonVance Global Macro Absolute Return Advantage Fund | A | Dividend | | | Exempt | | | | |
| 29.   -Gabelli Small Cap Growth Fund | A | Dividend | | | Exempt | | | | |
| 30.   -John Hancock Funds Absolute Return Currency Fund | A | Dividend | | | Exempt | | | | |
| 31.   -Lazard International Equity Portfolio | A | Dividend | | | Exempt | | | | |
| 32.   -JPMorgan U.S. Large Cap Core Plus Fund | A | Dividend | | | Exempt | | | | |
| 33.   -Principal Global Muti-Strategy Fund | A | Dividend | | | Exempt | | | | |
| 34.   -Principal Global Real Estate Securities Fund | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Nuveen Real Estate Securities Fund | A | Dividend | | | Exempt | | | | |
| 36.   -BlackRock Global Long/Short Credit Fund | | None | | | Exempt | | | | |
| 37.   -TCW Relative Value Large Cap Fund | A | Dividend | | | Exempt | | | | |
| 38.   -AlphaSimplex Managed Futures Strategy Fund | A | Dividend | | | Exempt | | | | |
| 39.   IRA Account #2 (H) | | | | | | | | | |
| 40.   - Wells Fargo Bank Cash Account | A | Interest | J | T | Exempt | | | | |
| 41.   - Calamos Growth Fund | | None | K | T | Exempt | | | | |
| 42.   -Invesco Oppenheimer Global Opportunities Fund | | None | J | T | Exempt | | | | |
| 43.   - Lord Abbett MidCap Fund | A | Dividend | J | T | Exempt | | | | |
| 44.   -Lord Abbett Developing Growth Fund | | None | J | T | Exempt | | | | |
| 45.   IRA #3 (H) | | | | | | | | | |
| 46.   -Calamos Growth Fund | | None | J | T | Exempt | | | | |
| 47.   IRA Account #4 (H) | | | | | | | | | |
| 48.   - Wells Fargo Bank Cash Account | A | Interest | K | T | Exempt | | | | |
| 49.   - American Funds Capital World Growth and Income Fund | A | Dividend | K | T | Exempt | | | | |
| 50.   -Invesco Oppenheimer Developing Markets Fund | | None | K | T | Exempt | | | | |
| 51.   -Lord Abbett Mid Cap Stock Fund | A | Dividend | K | T | Exempt | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Lord Abbett Developing Growth Fund | | None | K | T | Exempt | | | | |
| 53. | -Wells Fargo Asset Allociation Fund | A | Dividend | M | T | Exempt | | | | |
| 54. | -First Trust Select DSIP 3rd Quarter 2019 Series | A | Dividend | K | T | Exempt | | | | |
| 55. | -Time Warner Cable Corporate Bond | A | Interest | | | Exempt | | | | |
| 56. | -TriState Capital Bank Cash Account | A | Interest | | | Exempt | | | | |
| 57. | -First Trust Select DSIP 1st Quarter 2017 Series | A | Dividend | | | Exempt | | | | |
| 58. | -First Trust Select DSIP 2nd Quarter 2018 Series | A | Dividend | | | Exempt | | | | |
| 59. | IRA Account #5 (H) | | | | | | | | | |
| 60. | - Abbott Laboratories stock | A | Dividend | | | Exempt | | | | |
| 61. | - Allstate Corp.stock | A | Dividend | | | Exempt | | | | |
| 62. | - American International Group stock | A | Dividend | | | Exempt | | | | |
| 63. | - Archer Daniels Midland Co. stock | A | Dividend | | | Exempt | | | | |
| 64. | - AT&T Inc. stock- | A | Dividend | | | Exempt | | | | |
| 65. | -Bank New York Mellon Corp. stock | A | Dividend | | | Exempt | | | | |
| 66. | -BB&T Corp. Stock | A | Dividend | | | Exempt | | | | |
| 67. | -Broadcom Inc. stock | A | Dividend | | | Exempt | | | | |
| 68. | -Cardinal Health Inc. stock | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Chevron Corporation stock | A | Dividend | | | Exempt | | | | |
| 70. -Cisco Systems, Inc. stock | A | Dividend | | | Exempt | | | | |
| 71. -Conagra Brands, Inc. stock | | None | | | Exempt | | | | |
| 72. -ConcocoPhilips stock | A | Dividend | | | Exempt | | | | |
| 73. -Corteva Inc. stock | | None | | | Exempt | | | | |
| 74. -CVS Health corporation stock | A | Dividend | | | Exempt | | | | |
| 75. -Dollat Tree Stores, Inc. | | None | | | Exempt | | | | |
| 76. - Dow, Inc. | | None | | | Exempt | | | | |
| 77. -Dupont De Nemours stock | A | Dividend | | | Exempt | | | | |
| 78. -Edison Intl stock | A | Dividend | | | Exempt | | | | |
| 79. - Equity Residential stock | A | Dividend | | | Exempt | | | | |
| 80. -Cigna Corp. stock | A | Dividend | | | Exempt | | | | |
| 81. -Halliburton Company stock | A | Dividend | | | Exempt | | | | |
| 82. -Intel Corp. stock | A | Dividend | | | Exempt | | | | |
| 83. -Johnson & Johnson, Inc. stock | A | Dividend | | | Exempt | | | | |
| 84. -Lowes Companies, Inc. stock | A | Dividend | | | Exempt | | | | |
| 85. -Marathon Oil Corp. stock | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Marsh and McLennan Companies stock | A | Dividend | | | Exempt | | | | |
| 87. | -Merck & Co. stock | A | Dividend | | | Exempt | | | | |
| 88. | -Mondelez Intl Inc. stock | A | Dividend | | | Exempt | | | | |
| 89. | -Northrop Grumman Corp. stock | A | Dividend | | | Exempt | | | | |
| 90. | -Occidental Pete Corp. stock | A | Dividend | | | Exempt | | | | |
| 91. | -Oracle Corpoaration stock | A | Dividend | | | Exempt | | | | |
| 92. | -Pfizer Incorporated stock | A | Dividend | | | Exempt | | | | |
| 93. | -Quest Diagnostics Inc. stock | A | Dividend | | | Exempt | | | | |
| 94. | -Raytheon Company stock | A | Dividend | | | Exempt | | | | |
| 95. | -Verizon Communications stock | A | Dividend | | | Exempt | | | | |
| 96. | - Waste Management Inc. stock | A | Dividend | | | Exempt | | | | |
| 97. | IRA Account (#6) (H) | | | | | | | | | |
| 98. | -Abbott Laboratories stock | A | Dividend | | | Exempt | | | | |
| 99. | -Abbvie Inc. stock | A | Dividend | | | Exempt | | | | |
| 100. | -Air Products & Chemicals Inc. stock | A | Dividend | | | Exempt | | | | |
| 101. | -Alphabet Inc. Nonvoting captial stock | | None | | | Exempt | | | | |
| 102. | -Altria Group Inc.stock | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Amazon.com stock | | None | | | Exempt | | | | |
| 104. - American Express Company stock | A | Dividend | | | Exempt | | | | |
| 105. - Anheuser Busch InBev SA ADR | A | Dividend | | | Exempt | | | | |
| 106. - Apple stock | A | Dividend | | | Exempt | | | | |
| 107. - ASML Holdings NV NY Registry Shares New 2012 stock | A | Dividend | | | Exempt | | | | |
| 108. - Automatic Data Processing stock | A | Dividend | | | Exempt | | | | |
| 109. - Blackrock Inc. stock | A | Dividend | | | Exempt | | | | |
| 110. -Broadridge Financial Solutions stock | A | Dividend | | | Exempt | | | | |
| 111. - Canaditan Pacific Railway stock | A | Dividend | | | Exempt | | | | |
| 112. - Chevron Corporation stock | A | Dividend | | | Exempt | | | | |
| 113. - Chubb LTD stock | A | Dividend | | | Exempt | | | | |
| 114. -Coca- Cola Company stock | A | Dividend | | | Exempt | | | | |
| 115. -Comcast Corp. stock | A | Dividend | | | Exempt | | | | |
| 116. - ConcocoPhilips stock | A | Dividend | | | Exempt | | | | |
| 117. - Constellation Brands stock | A | Dividend | | | Exempt | | | | |
| 118. - Walt Disney Company (incl. Twentieth Century Fox Corp by merger) stk | A | Dividend | | | Exempt | | | | |
| 119. -Exxon Mobil Corp. stock | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Facebook Inc. stock | | None | | | Exempt | | | | |
| 121.  - Infineon Technolgies ADR | A | Dividend | | | Exempt | | | | |
| 122.  - Intercontinental Exchange stock | A | Dividend | | | Exempt | | | | |
| 123.  - Intuitive Surgical Inc. stock | | None | | | Exempt | | | | |
| 124.  - JP Morgan Chase stock | A | Dividend | | | Exempt | | | | |
| 125.  -Estee Lauder stock | A | Dividend | | | Exempt | | | | |
| 126.  -Mastercard stock | A | Dividend | | | Exempt | | | | |
| 127.  - McDonalds stock | A | Dividend | | | Exempt | | | | |
| 128.  - Microsoft stock | A | Dividend | | | Exempt | | | | |
| 129.  -Nestle SA ADR | A | Dividend | | | Exempt | | | | |
| 130.  -Nike stock | A | Dividend | | | Exempt | | | | |
| 131.  -Novartis AG ADR | A | Dividend | | | Exempt | | | | |
| 132.  - Novo Nordisk ADR | A | Dividend | | | Exempt | | | | |
| 133.  -Oracle stock | A | Dividend | | | Exempt | | | | |
| 134.  -Pepsico stock | A | Dividend | | | Exempt | | | | |
| 135.  - Philip Morris International stock | A | Dividend | | | Exempt | | | | |
| 136.  - Linde PLC stock | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Proctor & Gamble Co stock | A | Dividend | | | Exempt | | | | |
| 138.  - Roche Holdings ADR | A | Dividend | | | Exempt | | | | |
| 139.  - S&P Global stock | A | Dividend | | | Exempt | | | | |
| 140.  - Sherwin Williams stock | A | Dividend | | | Exempt | | | | |
| 141.  - State Street Corp. stock | A | Dividend | | | Exempt | | | | |
| 142.  -Texas Instruments Inc. stock | A | Dividend | | | Exempt | | | | |
| 143.  - Total SA ADR | A | Dividend | | | Exempt | | | | |
| 144.  -Union Pacific stock | A | Dividend | | | Exempt | | | | |
| 145.  -United Technologies stock | A | Dividend | | | Exempt | | | | |
| 146.  -United Health Group stock | A | Dividend | | | Exempt | | | | |
| 147.  -Verisk Analytics stock | A | Dividend | | | Exempt | | | | |
| 148.  - Visa stock | A | Dividend | | | Exempt | | | | |
| 149.  - Walgreens Boots Alliance Inc. stock | | None | | | Exempt | | | | |
| 150.  - Wells Fargo & Co. stock | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Janet E. Bostwick PC, my solo law practice, ceased operations as of September 26, 2019, except for remaining activities to collect asssets, pay expenses and winddown the firm.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Janet E. Bostwick**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544